UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN EDISON,

    Plaintiff,

vs.

NORTHVILLE TOWNSHIP,
a municipal corporation, POLICE
OFFICER BEN SELLENRAAD,
in his professional and individual
capacities, FADIE JAMIL KADAF,
and JEAHAD KADAF,

    Defendants,

Case No. 5:23-cv-11741
Hon. Judith E. Levy
Mag. Judge Anthony P. Patti

| | |
|---|---|
| Thomas H. Randolph, III (P53563)<br>RANDOLPH LAW GROUP, P.C.<br>*Attorney for Plaintiff*<br>6330 East Jefferson Avenue<br>Detroit, MI 48207<br>(248) 851-1222 (Office)<br>(248) 254-6534 (Fax)<br>thomas@randolphlawgroup.com | James R. Acho (P62175)<br>Matthew C. Wayne (P80542)<br>CUMMINGS MCCLOREY DAVIS & ACHO<br>*Attorneys for Defendants Northville and Sellenraad*<br>17436 College Parkway, 3rd Floor<br>Livonia, MI 48152<br>(734) 261-3400<br>jacho@cmda-law.com<br>mwayne@cmda-law.com<br><br>Gerald J. Gleeson, II (P53568)<br>Erica L. Jilek (P84498)<br>Sydney G. Rohlicek (P85655)<br>MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br>*Attorneys for Defendants Fadie Kadaf and Jeahad Kadaf*<br>840 W. Long Lake Rd., Suite 150<br>Troy, MI 48098<br>(248) 879-2000<br>gleeson@millercanfield.com<br>jilek@millercanfield.com<br>rohlicek@millercanfield.com |

41083954.1/162273.00001

## **INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Letter from Fadie Kadaf and Plaintiff's Handwritten Note |
| B | Letter from Plaintiff |
| C | Second Letter from Plaintiff and USPS Delivery Attempt |