# Exhibit A

Hello Johnathon and Karen,

We received the note left on the rental car my wife is driving while her car is being repaired. It is not often we do leave a car parked in front of your home overnight but forgot to move it yesterday. I (Frank) do park my classic and my SUV in front of your home from time to time for a short period while cutting the grass and them move them back.

I recall a time in the past when our babysitter was with our children and you asked her to move her car when we were not home, which I did not say anything about the situation although was not necessary. You have also had functions in the past with guests that have parked in front of our home and have had no issue with it.

Normally I would ignore such a small issue, however your note with a capital letters and underlining was rude in context so I find the need to respond.

For the record, street parking is not regulated by the homeowner how resides in front of the street. Also, we live in the neighborhood that allows for parking only on one side of the street so having cars in front of you home should be expected from time to time. We have not been habitual in parking an extended period or occupying space needed by you or your family.

In the future, please note that if you have issue with a car parked in front of you home, I am sorry, but it is public domain. Should you need to park in front of our home you are more than welcome to do so, especially if you are hosting people at your home.

Please do not ask us to move the cars, and we will also make an effort not to park in front of you home.

FJK

---

Can you PLEASE Park your Cars in front of your House Thank you!

# Exhibit B

First of all, who the FUCK ARE YOU CALLING RUDE???????????????????! I've been nothing but cordial and nice to you since you've moved to my neighborhood 2 years ago. YOU'RE THE FUCKING RUDE ONE!
We have been living in our home for **13 YEARS NOW** and we have **NEVER had a problem with any of our neighbors until you moved next door**! If you choose to park your vehicle in front of someone's home for multiple days on end. The right thing to do is to send a note or message and say "hey I need to park my car in front of your place for a few days" just wanted to let you know" I'm having car trouble or whatever the case.

**For example:** My neighbors across the street said " Hey Jonathan our drive way is being done for the next week or so, just wanted to let you know and ask if it's ok if we park out front of your house. Just wanted to give you a heads up."

**Example #2:** Hey Jonathan, I'm having some people over this weekend at my house and we may need to park infront of your house on Saturday just an FYI it's my Birthday Party"

These are 2 different notes that we have received from our neighbors!
Do you see how that works? ITS CALLED BEING FUCKING CONSIDERATE OF PEOPLE AND THEIR PROPERTY. Yes, the street is public! But have some fucking respect for your neighbors... That's the unwritten rule!
That you don't seem to fucking get!  Maybe in Dearborn you just do what the fuck you want but this isn't Dearborn and you're fucking with the wrong one! TRUST ME!

Let me show you how fucking rude you are! Not ONCE during your construction that you had going on did you say .... "Hey we're going to be having some work done and our guys may be parking in front of your house.... Just wanted to give you and fyi" YOU DON'T OWN THE FUCKING STREET... Those trucks and vans not only parked in front of our house for weeks on end.. But your fucking workers left cigarette buts, trash and condom wrappers on the fucking curb! Not to mention how they fucking trampled my grass every day for a 2 weeks in a row!

That shit went on 2 fucking months and I didn't say a word! I'M FUCKING SICK OF IT!

# Exhibit C

OK you little fucking self-absorbed, over inflated ego, ASSHOLE... LET ME MAKE THIS PERFECTLY FUCKING CLEAR TO YOU!!!!!!!! DON'T FUCKING ATTEMPT TO CONTACT ME DIRECTLY OR INDIRECLTY!!!!!!!!!!!!!!!!!

YOU CAN'T INTIMIDATE
YOU CAN'T BULLY ME
YOU CAN'T FUCKING DO ANYTHING TO ME YOU PIECE OF SHIT, PUSSSY ASS MOTHERFUCKER!!!!!!!!!!!

LEAVE ME AND MY FAMILY THE FUCK ALONE!!!!! TELL YOU DOUCHE BAG ATTORNEY NOT TO SEND ANYMORE LETTERS TO MY HOUSE ON YOUR BEHALF!!!! I DON'T WANT TO HEAR FROM YOU, SPEAK TO YOU, SEE YOU, TALK TO YOU AND I DON'T GIVE A FUCK ABOUT YOU!!!!!!!!!!!!!!!!!!!!!!!!!!

GET OVER YOUR FUCKING SELF!!!!!!!!!!!!!!!! YOU MEAN ABSOLUTELY NOTHING TO ME!!!!!!!!!!!!!!!!!!!!!!
I WISH YOU WOULD HAVE FUCKING STAYED IN DEARBORN WHERE YOU'RE FUCKING FROM!!!!!!! !!!!!!!!
THERE WERE NO PROBLEMS AROUND HERE UNTIL YOU FUCKING MOVED NEXT DOOR TO ME!!!
YOU OVERBEARING RIDICULOUS ASSHOLE!

AGAIN!!!! SO I'M PERFECTLY FUCKING CLEAR! LEAVE ME THE FUCK ALONE!!! DON'T TALK TO ME, DON'T CONTACT ME, DON'T TALK TO MY WIFE, DON'T TALK TO MY KIDS, DON'T FUCKING DO IT!!! YOU FUCKING ASSSHOLE!!!!!!!!!!

IF YOU CHOOSE TO TRY AND CONTACT ME AGAIN... I'M GOING TO ESCALATE THIS SITUATION!!!!!!!!!!!!!!!!!!!!
(to a legal matter!) and I will see you in court! I have no desire to hear from you and this is my FINAL FUCKING WARNING!!!!!!!!!!!!!!!!!

I HAVE ALREADY CALLED THE NORTHVILLE POLICE DEPARTMENT ON YOU AND I will be filing an official REPORT about THIS SITUATION OF YOU ATTEMPTING TO INTIMIDATE ME and BULLY ME by CONTACTING ME THROUGH YOUR DOUCHE BAG ATTORNEY! AND I WILL BE SHARING A COPY OF THIS COMMUNICATION WITH THEM AS WELL SO IT GOES ON RECORD OF MY REQUEST FOR YOU NOT TO CONTACT ME EVER AGAIN!

If you and your douche bag attorney are not aware! The original situation has been RESOLVED! I broke no laws and I DON'T HAVE TO ANSWER ANY OF YOUR FUCKING EXTRA CLARIFYING QUESTIONS!!!!!!
GO THE FUCK YOURSELF AND LEAVE ME THE FUCK ALONE!!

I have already spoken to Officer Sollenrod, with the Northville Police Department and he let me know that everything was taken care of and that I should just be a good neighbor and move on. BUT YOU WON'T FUCKING LET ME BECAUSE YOU'RE AN SELF-ENGRANDISED ASSHOLE!!!! SO FUCK YOU ..... LEAVE ME THE FUCK ALONE ...... AND GET A FUCKING LIFE!!!!!


DO NOT CONTACT ME!

**UNITED STATES POSTAL SERVICE®**

We ReDeliver for You!

Download Informed Delivery® APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: 9/29/22
The item was sent by: KAdaF LAW
It was sent to: G. Edison
At this address: 17951 WildFlower

**About the missed delivery:**
It was a:
___ Package  ✓ Letter  ___ Large envelope

Available for pickup after:
Date: _____

This is the:
☐ First attempt  ☐ Final notice

**To Schedule a Redelivery:**

Scan the QR Code or go to usps.com/redelivery

Article Number:
5293 0610 3323 1598

**We have item/s for you which we could not deliver because:**
☐ It requires a payment of $_____ for:
___ Postage due  ___ Customs
☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☑ Signature required
___ must be 18+ years old  ___ must be 21+ years old
☐ Other: _____

Please see reverse for redelivery or pickup options.
PS Form 3849, October 2019