UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN EDISON,                                        Case No. 5:23-cv-11741

        Plaintiff,                                 Hon. Judith E. Levy
                                                        Mag. Judge Anthony P. Patti

v.

NOTHVILLE TOWNSHIP, a municipal corporation,
POLICE OFFICER BEN SELLENRAAD, in his professional
and individual capacities, FADIE JAMIL KADAF, and
JEAHAD KADAF,

        Defendants.

_____

THOMAS H. RANDOLPH III (P53563)           JAMES R. ACHO (P62175)
Randolph Law Group, PC                     MATTHEW C. WAYNE (P80542)
Attorney for Plaintiff                    Cummings McClorey Davis & Acho
6330 East Jefferson Avenue                Attorneys for Defendants Northville
Detroit, MI 48207                         and Sellenraad, only
 (248) 851-1222/(248) 254-6534 fax        17436 College Parkway, 3rd Floor
thomas@randolphlawgroup.com               Livonia, MI 48152
                                          (734) 261-2400/(734) 261-4510 fax
                                          jacho@cmda-law.com
                                          mwayne@cmda-law.com

                                          Gerald J. Gleeson, II (P53568)
                                           Erica L. Jilek (P84498)
                                          Sydney G. Rohlicek (P85655)
                                          MILLER, CANFIELD, PADDOCK &
                                          STONE, P.L.C.
                                          *Attorneys for Defendants Fadie Kadaf and
                                          Jeahad Kadaf*
                                          840 W. Long Lake Rd., Suite 150
                                          Troy, MI 48098
                                          (248) 879-2000
                                          gleeson@millercanfield.com
                                          jilek@millercanfield.com
                                          rohlicek@millercanfield.com

_____

1

## PLAINTIFF'S RESPONSE TO DEFENDANT KADAF'S MOTION TO DISMISS

While Plaintiff does not concede the basis of Defendant's arguments, Plaintiff does not oppose the dismissal.  On September 22, 2023, Plaintiff's counsel contacted defense counsel seeking a stipulation to dismiss the Kadafs from this litigation and that no response would be filed to its motion to dismiss.

Respectfully submitted,

RANDOLPH LAW GROUP, P.C.

/s/ Thomas H. Randolph, III
THOMAS H. RANDOLPH, III (P53563)
Attorney for Plaintiff
6330 East Jefferson
Detroit, MI 48207
(248) 851-1222; (248) 254-6534 Fax
Dated: October 10, 2023          thomas@randolphlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on, October 10, 2023, she served the foregoing document via the court's ECF filing system, which will send notification of such filing to all counsel of record.

/s/ Juanita Coe
Juanita Coe