UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN EDISON,                   Case No. 23-cv-11741

     Plaintiff,

                                Hon. Anthony P. Patti
v.

NORTHVILLE TOWNSHIP, a municipal corporation,
POLICE OFFICER BEN SELLENRAAD, in his
professional and individual capacities, FADIE JAMIL KADAF,
and JEAHAD KADAF,

     Defendants.

---

## STIPULATED ORDER OF DISMISSAL AS TO DEFENDANTS FADIE JAMIL KADAF AND JEAHAD KADAF

This matter having come before the Court by stipulation of the parties, with a stipulation being approved and entered into by all parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that all claims against Fadie Jamil Kadaf and Jeahad Kadaf are dismissed with prejudice.

This is not a final order and does not close this case.

                                                       s/Anthony P. Patti
                                                       Hon. Anthony P. Patti
                                                       United States Magistrate Judge

Entered: October 24, 2023

Approved as to form and content:

| | |
|---|---|
| /s/ Thomas H. Randolph III<br>Thomas H. Randolph, III (P53563)<br>RANDOLPH LAW GROUP, P.C.<br>Attorney for Plaintiff | /s/ Gerald J. Gleeson, II with permission<br>Gerald J. Gleeson, II (P53568)<br>Erica L. Jilek (P84498)<br>Sydney G. Rohlicek (P85655)<br>MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br>Attorneys for Defendants Fadie Kadaf and Jeahad Kadaf |
| | /s/ James R. Acho with permission<br>James R. Acho (P62175)<br>Matthew C. Wayne (P80542)<br>CUMMINGS MCCLOREY DAVIS & ACHO<br>Attorney for Defendants Northville Township and Police Officer Ben Sellenraad |

Dated: October 23, 2023