UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN EDISON,                                        Case No. 23-cv-11741

      Plaintiff,

                                                                           Hon.  Anthony P. Patti

v.

NORTHVILLE TOWNSHIP, a municipal corporation,
POLICE OFFICER BEN SELLENRAAD, in his professional
and individual capacities,

      Defendants.

_____

## **STIPULATED PROTECTIVE ORDER**

This matter having come before the Court by stipulation of the parties, with a stipulation being approved and entered into by all parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERERED** that Defendants, and their attorneys shall use the Confidential Tax Information solely for the purposes of this litigation and not for any other purpose. The Confidential Tax Information shall not be disclosed to any third parties except as provided herein. "Confidential Tax Information" refers to any of Plaintiff Jonathan Edison's federal or state tax returns, attachments to returns, and any other documents containing the Plaintiff's financial information that are produced by Plaintiff to Defendants through discovery in this case.

**IT IS FURTHER ORDERED** that any Confidential Tax Information filed with the Court shall be done so under seal pursuant to the applicable court rules governing the filing of documents under seal. Upon conclusion of this litigation, Defendants and their attorneys shall return all copies

of the Confidential Tax Information to Plaintiff's counsel or provide written certification of the complete destruction thereof.

      **IT IS FURTHER ORDERED** that the terms of this Protective Order shall survive and remain binding after the conclusion of this litigation.

|  |  |
|---|---|
|  | s/Anthony P. Patti |
| Entered: November 28, 2023 | Anthony P. Patti |
|  | United States Magistrate Judge |

Approved as to form and content:

| | |
|---|---|
| /s/ Thomas H. Randolph III | /s/ James R. Acho with permission |
| THOMAS H. RANDOLPH III (P53563) | JAMES R. ACHO (P62175) |
| Randolph Law Group, P.C. | MATTHEW C. WAYNE (P80542) |
| Attorney for Plaintiff | Cummings McClorey Davis & Acho |
|  | Attorneys for Defendants |

Dated: November 28, 2023

2