# EXHIBIT 3

{01901735-1}

## Karrie Ohlsson

| | |
|---|---|
| **From:** | Thomas Randolph <thomas@randolphlawgroup.com> |
| **Sent:** | Tuesday, November 28, 2023 3:55 PM |
| **To:** | Annamarie Moore |
| **Cc:** | Juanita Coe; James R. Acho; Matthew C. Wayne; Karrie Ohlsson |
| **Subject:** | Re: Jonathan Edison v Northville Twp/Sellenraad |

Please utilized this link to download Plaintiff's discovery responses:

Pl's Discoverey Responses
dropbox.com

Thomas

> On Nov 28, 2023, at 10:05 AM, Annamarie Moore <AMoore@cmda-law.com> wrote:
>
> Good morning, counsel.
>
> Attached on behalf of Jim Acho please find a notice of deposition of the Plaintiff, scheduled to take place in your office on December 13, 2023 at 10:00 a.m.
>
> Should you have questions or concerns, please do not hesitate to contact us.
>
> <image001.jpg>
>
> **Annamarie L. Moore**
> **Legal Assistant to:**
> **James Acho, Jeffrey Clark,**
> **Jacklyn Paletta & Isa Kasoga**
> Cummings, McClorey, Davis & Acho, PLC
> AMoore@cmda-law.com
>
> 734-261-2400 main
> 734-261-4510 fax
>
> CONFIDENTIALITY NOTICE
> This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.
>
> <DEP NOD of P for 2023 12 13 at 10.pdf>

1